PUBLISH

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

--------------------
No. 98-5651
--------------------

D.C. Docket No. 97-505-CV-DMM

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
10/27/99
THOMAS K. KAHN
CLERK

KAREN C. HERZOG, an individual,

Plaintiff-Appellant,

versus

CASTLE ROCK ENTERTAINMENT, a California
partnership, et al.,

Defendants-Appellees.

----------------------------------------------------------------
Appeal from the United States District Court for the
Southern District of Florida
----------------------------------------------------------------
**(October 27, 1999)**

Before BIRCH and MARCUS, Circuit Judges, and MILLS[*], Senior District Judge.

PER CURIAM:

Based on the well-reasoned district court opinion, we AFFIRM. A copy of the

opinion is annexed hereto.

---

[*]Honorable Richard Mills, Senior U.S. District Judge for the Central District of Illinois, sitting by designation.